FITZSIMONS and NEWBURGER, JJ., concur.
Order affirmed, with costs.

---

JACOB BALZ, Appellant, v. DANIEL M. SHAW, Respondent.

(City Court of New York — General Term, February, 1895.)

The settlement by the trial judge of the case on appeal upon a dispute as to what occurred is conclusive.

APPEAL from order declining to correct case on appeal in respect to the sixth and eighth specifications enumerated in the affidavit of plaintiff's attorney.

*John P. Schuchman*, for appellant.

*J. W. Fiske*, for respondent.

EHRLICH, Ch. J. The order appealed from having been made by the trial judge, we think we must, in view of the facts, accept his certification as conclusive thereon. To do

otherwise would be to substitute our opinion for his knowledge. There was a dispute as to what occurred, and the trial judge determined it. *Green* v. *Shute*, 7 N. Y. Supp. 69; *Dearing* v. *Pearson*, 6 Misc. Rep. 616; 26 N. Y. Supp. 74; 8 Misc. Rep. 270; 28 N. Y. Supp. 715.

For these reasons the order appealed from must be affirmed, with costs.

NEWBURGER, J., concurs.

Order affirmed, with costs.